No. 95–9501. CONTRERAS ET AL. *v.* HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–3. TEXAS *v.* SIERRA CLUB ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–4. ROWINSKY, NEXT FRIEND OF DOE ET AL., HER MINOR CHILDREN *v.* BRYAN INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5. PANZER ET AL. *v.* NELKIN ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 96–6. WILKINSON & MONAGHAN ET AL. *v.* HILLCREST HEALTHCARE CORP. ET AL. Ct. App. Okla. Certiorari denied.

No. 96–7. WHEELER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8. FONTAO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–10. IN RE GESCHKE ET UX. C. A. 7th Cir. Certiorari denied.

No. 96–12. HUNTER, ON BEHALF OF HUNTER ET AL. *v.* KNOLL RIG & EQUIPMENT MANUFACTURING CO., LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–13. LEE ET AL. *v.* GOODMAN. C. A. 5th Cir. Certiorari denied.

No. 96–14. ANDRICK ET UX. *v.* POOL ENERGY SERVICES CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–15. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–16. WUDTKE ET VIR *v.* CHILDERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–18. NEELY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.